# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:17-cv-01694-JAD-CWH<br><br>**Order Extending Time**<br><br>[ECF No. 10] |

    Counseled petitioner Shawn Pritchett requests more time to amend his petition for a writ of habeas corpus, and he asks that March 13, 2018, be his new deadline. This is his first request for a time extension, it is unopposed, and it appears to be made in good faith and not for the sole purpose of delay.

    Accordingly, IT IS HEREBY ORDERED that Pritchett's motion for an extension of time **[ECF No. 10]** is **GRANTED**. Pritchett must file his amended petition for a writ of habeas corpus by **March 13, 2018**.

    DATED: January 2, 2018.

                                                              U.S. District Judge Jennifer A. Dorsey