# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Shawn Pritchett,

    Petitioner

v.

Jo Gentry, et al.,

    Respondents

Case No.: 2:17-cv-01694-JAD-CWH

**Order Granting Leave to File a Second-Amended Petition**

[ECF No. 26]

In this habeas corpus action, counseled petitioner Shawn Pritchett has requested leave to file a second-amended petition.[1] Respondents do not oppose.[2] Accordingly, IT IS HEREBY ORDERED that Pritchett's motion for leave to file a second-amended petition **[ECF No. 25] is GRANTED**. Pritchett has **until July 2, 2018, to file and serve a second-amended petition.** If he fails to do so, this action will proceed on the first-amended petition.

Dated: April 3, 2018

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 25.

[2] ECF No. 26.