# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shawn Pritchett,

    Petitioner

v.

Jo Gentry, et al.,

    Respondents

Case No.: 2:17-cv-01694-JAD-CWH

**Order Extending Time**

[ECF No. 28]

    Counseled petitioner Shawn Pritchett has filed an unopposed motion for an extension of time to file a second-amended petition for a writ of habeas corpus.[1] This is Pritchett's first request for an extension. So, with good cause appearing, IT IS HEREBY ORDERED that Pritchett's motion for an extension of time **[ECF No. 28] is GRANTED.** Pritchett has **until August 31, 2018, to file a second-amended petition.**

Dated: June 28, 2018

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 28.