# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN PRITCHETT, | Case No. 2:17-cv-01694-JAD-CWH |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 30), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 30) is **GRANTED**. Petitioner will have through October 30, 2018, to file a second amended petition.

Dated: September 7, 2018.

_____
JENNIFER A. DORSEY
United States District Judge