# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN PRITCHETT,

    Petitioner

v.

JO GENTRY, et al.,

    Respondents

Case No. 2:17-cv-01694-JAD-CWH

**Order Directing Response to Petition**

    Petitioner Shawn Pritchett is serving a life sentence without parole for his 2010 state-court convictions for murder with a deadly weapon, robbery with a deadly weapon, and conspiracy. The court has reviewed his second amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 in accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and now directs the respondents to file a response.

    IT THEREFORE IS ORDERED that **respondents have until June 15, 2019, to answer or otherwise respond to the amended petition [ECF No. 32].** Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained.

    IT FURTHER IS ORDERED that if respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner then will have 45 days from the date on which the answer is served to file a reply.

    IT FURTHER IS ORDERED that if respondents file and serve a motion, then petitioner will have 45 days from the date of service of the motion to file a response to the motion. Respondents then will have 21 days from the date of service of the response to file a reply.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: May 1, 2019