UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et al.*,<br><br>　　　　Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 48] |

　　　Respondents bring an unopposed motion to extend the time to file a response to the third amended petition.[1]  They argue that the press of business in other cases has taken much of their time.  They also argue that they might be missing relevant state-court records and they are trying to obtain those records.  Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (first request) **[ECF No. 48] is GRANTED.**  Respondents' answer or other response to the third amended petition is due September 7, 2021.

　　　Dated: July 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 48.