UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>     Petitioner<br><br>v.<br><br>Jo Gentry, *et al.*,<br><br>     Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 50] |

    Respondents bring an unopposed motion to extend the time to file a response to the third amended petition.[1] They argue that the press of business in other cases has taken much of their time. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (second request) **[ECF No. 50] is GRANTED.** Respondents' answer or other response to the third amended petition is due October 7, 2021.

    Dated: September 21, 2021

                                                                     _____
                                                                              U.S. District Judge

---

[1] ECF No. 50.