# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et al.*,<br><br>　　　Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 67] |

　　　Petitioner brings an unopposed motion to extend the time to file a response to the motion to dismiss.[1]  He argues that the press of business in other cases has taken much of his time. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time (first request) **[ECF No. 67] is GRANTED.**  Petitioner's response to the motion to dismiss is due December 3, 2021.

　　　Dated: November 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 67.