# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>    Respondents. | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>**[ECF No. 77]** |

Counseled petitioner Shawn Pritchett brings an unopposed motion to extend the time to file an opposition to the motion to dismiss.[1]  This is Pritchett's first request for an extension.  So, with good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 77] is GRANTED**.  Pritchett has **until August 11, 2022, to file an opposition to the motion to dismiss**.

_____
U.S. District Judge Jennifer A. Dorsey
June 27, 2022

---

[1] ECF No. 77.