# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>　　　　Respondents. | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>**[ECF No. 80]** |

　　　Counseled Petitioner Shawn Pritchett brings an unopposed motion to extend the time to file an opposition to the motion to dismiss until after his motion for stay is decided.[1] This is Pritchett's second request for an extension. With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 80] is GRANTED**. The deadline for Pritchett **to file an opposition to the motion to dismiss is VACATED** pending further order of the court. Respondents' deadline to respond to the motion for stay is August 23, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　Dated: August 9, 2022

---

[1] ECF No. 80.