UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett, | Case No.: 2:17-cv-01694-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Jo Gentry, *et. al.*, | [ECF No. 85] |
| Respondents | |

Counseled Petitioner Shawn Pritchett brings an unopposed motion to extend the time to file an opposition to the motion to dismiss.[1]  This is Pritchett's first request for an extension of this deadline following my denial of his motion to stay.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 85] is GRANTED**.  Pritchett has **until November 21, 2022, to file an opposition to the motion to dismiss**.

_____
U.S. District Judge Jennifer A. Dorsey
October 31, 2022

---

[1] ECF No. 85.