UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>　　　　Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>**[ECF No. 88]** |

Respondents bring an unopposed motion to extend the time to file a reply to their motion to dismiss.[1]  This is respondents' first request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 88] is GRANTED**.  Respondents have **until January 24, 2023, to file a reply to the motion to dismiss**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　November 28, 2022

---

[1] ECF No. 88.