UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>　　　　Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Extending Reply Deadline to February 24, 2023**<br><br>[ECF No. 90] |

　　　Respondents bring an unopposed motion to extend the time to file a reply to their motion to dismiss.[1] This is Respondents' second request for an extension of this deadline. While I find good cause exists to grant the motion, I will only extend this deadline by 30 days, as the motion to dismiss[2] has been pending since June 13, 2022.

　　　IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 90] is GRANTED in part**. Respondents have **until February 24, 2023, to file a reply to the motion to dismiss**. Absent extraordinary circumstances, further requests for an extension of this deadline will be viewed unfavorably.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　January 23, 2023

---

[1] ECF No. 90.
[2] ECF No. 76.