# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Shawn Pritchett,

    Petitioner

v.

Jo Gentry, *et. al.*,

    Respondents.

Case No.: 2:17-cv-01694-JAD-DJA

**Order Dismissing Unexhausted Grounds and Setting Briefing Schedule**

**[ECF No. 94]**

Nevada state inmate Shawn Pritchett brings a counseled petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge his conviction and sentence for conspiracy to commit murder, first-degree murder with the use of a deadly weapon, and robbery with the use of a deadly weapon.[1] I granted, in part, respondents' motion to dismiss, finding that ground 8 was time barred, grounds 1(a) through 1(e) were technically exhausted and procedurally defaulted, and grounds 2, 4, 6, and parts of 7 were unexhausted.[2] I instructed Pritchett to choose one of three options for proceeding in this case.[3] Pritchett has chosen to abandon his unexhausted grounds for relief and proceed on the exhausted grounds, so he moves to dismiss those unexhausted grounds.[4]

Good cause appearing, IT IS ORDERED that Petitioner Shawn Pritchett's motion to dismiss **[ECF No. 94] is GRANTED**. Grounds 2, 4, 6, 7(a), and 7(b) are **DISMISSED without prejudice** as unexhausted.

---

[1] ECF No. 42.
[2] ECF No. 93.
[3] *Id*.
[4] ECF Nos. 94, 94-1.

IT IS FURTHER ORDERED that **respondents have until June 2, 2023, to answer Pritchett's remaining grounds for relief.** In the answer, respondents must cite to and address the applicable state court written decision and state court record materials, in any, regarding each claim within the response as to that claim. Pritchett will have 60 days from the date of service of the answer to file a reply.

_____
U.S. District Judge Jennifer A. Dorsey
April 3, 2023