# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Shawn Pritchett,

    Petitioner

v.

Jo Gentry, *et. al.*,

    Respondents

Case No.: 2:17-cv-01694-JAD-DJA

**Order Granting Unopposed Motion for Extension of Time**

**[ECF No. 96]**

    Respondents have filed an unopposed motion to extend the time to file their answer to Petitioner Shawn Pritchett's third amended petition.[1]  This is Respondents' first request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 96] is GRANTED**.  Respondents have **until August 1, 2023, to file their answer**.

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                                June 2, 2023

---

[1] ECF No. 96.