# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett, | Case No.: 2:17-cv-01694-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Jo Gentry, *et. al.*, | |
| Respondents | **[ECF No. 98]** |

Respondents have filed an unopposed motion to extend the time to file their answer to Petitioner Shawn Pritchett's third amended petition.[1]  This is Respondents' second request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 98] is GRANTED**.  Respondents have **until September 15, 2023, to file their answer**.

_____
U.S. District Judge Jennifer A. Dorsey
August 2, 2023

---

[1] ECF No. 98.