UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>　　　　Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 100] |

　　Respondents have filed an unopposed motion to extend the time to file their answer to Petitioner Shawn Pritchett's third amended petition.[1]  This is the respondents' third request for an extension of this deadline.  Counsel for respondents explains that her case load has necessitated this third extension of time and that she has begun to work on the answer and expects she can complete it without further extensions of time.  Although the court finds good cause for this third extension, **counsel is cautioned that case-load conflicts will not justify a fourth extension of this deadline.**  IT IS THEREFORE ORDERED that the unopposed motion for extension of time **[ECF No. 100] is GRANTED**.  Respondents have **until October 6, 2023, to file their answer**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　September 19, 2023

---

[1] ECF No. 100.