UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Pritchett,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, *et. al.*,<br><br>    Respondents | Case No.: 2:17-cv-01694-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>**[ECF No. 103]** |

    Petitioner Shaw Pritchett has filed an unopposed motion to extend the time to file his reply in support of his third-amended petition.[1] This is Pritchett's first request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 103] is GRANTED**. Pritchett has **until January 19, 2024, to file his reply.**

                                                         _____
                                                         U.S. District Judge Jennifer A. Dorsey
                                                                       December 4, 2023

---

[1] ECF No. 103.